**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JADEN SKY KROPP,**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#3936-19**

**v.**　　　　　　　　　　　**Case No. 4:20-cv-00701-LPR**

**ERIC HIGGINS,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received and reviewed Proposed Findings and Recommendations (Doc. 3) from United States Magistrate Judge Jerome T. Kearney. Mr. Kropp did not file an objection to this Recommendation. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice based on his failure to comply with the Court's June 3, 2020 Order (Doc. 2) and his failure to prosecute this lawsuit. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 7th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE